

30 Rockefeller Plaza, 22nd Floor
New York, NY 10112-0085
PHONE: 212.262.6900
FAX: 212.977.1649
www.perkinscoie.com

Tina N. Moss
PHONE: (212) 262-6910
FAX:   (212) 977-1648
EMAIL: TMoss@perkinscoie.com

December 30, 2013

**VIA FEDERAL EXPRESS**

Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

>   Re:   *Personal Communications Devices, LLC, et al. v. DLJ Investment Partners, L.P. et al.,*
>   Case No. 2:13-mc-01096-SJF

Dear Judge Feuerstein:

This firm represents Plaintiff, The Official Committee of Unsecured Creditors on behalf of the estates of Personal Communications Devices, LLC and Personal Communications Devices Holdings, LLC (the "Committee") in the above-referenced matter. Pending before the Court is the Motion of Defendants, PineBridge Vantage Partners, L.P., PineBridge Co-Investment AIV Partners, L.P., Vantage Star Investment Corp., PineBridge PEP IV Co-Investment, L.P., PineBridge Plan Star Investment Corp., PineBridge PEP V Co-Investment, L.P., DLJ Partners, L.P., DLJ Investment Partners III, L.P., and IP III Plan Investors, L.P. (collectively referred to as "Movants"), to Withdraw the Reference of this pending adversary proceeding to the Bankruptcy Court for the Eastern District of New York (the "Motion").

By this letter, we respectfully inform the Court that the Committee and the Movants have agreed to the following briefing schedule with respect to the Motion:

Committee's Opposition Papers Due:    January 27, 2014

Movants' Reply Papers Due:    February 17, 2014

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DALLAS · DENVER · LOS ANGELES · MADISON · NEW YORK
PALO ALTO · PHOENIX · PORTLAND · SAN DIEGO · SAN FRANCISCO · SEATTLE · SHANGHAI · TAIPEI · WASHINGTON, D.C.

Perkins Coie LLP

Hon. Sandra J. Feuerstein, U.S.D.J.
December 30, 2013
Page 2

We appreciate the Court's consideration of this matter.

Respectfully,

*[signature]*

Tina N. Moss

cc:   Mark A. Salzberg, Esq. (via electronic mail)
      Barry E. Reiferson, Esq. (via electronic mail)
      Christopher Harris, Esq. (via electronic mail)
      Adam Goldberg, Esq. (via electronic mail)
      Barry Reingold, Esq.
      Schuyler Carroll, Esq.