

30 Rockefeller Plaza, 22nd Floor
New York, NY 10112-0085
PHONE: 212.262.6900
FAX: 212.977.1649
www.perkinscoie.com

Tina N. Moss
PHONE: (212) 262-6910
FAX:   (212) 977-1648
EMAIL: TMoss@perkinscoie.com

January 27, 2014

**VIA E-MAIL AND FEDERAL EXPRESS**

Mark A. Salzberg, Esq.
Patton Boggs LLP
2550 M Street NW
Washington, DC  20037
msalzberg@pattonboggs.com


Adam J. Goldberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022
adam.goldberg@lw.com


Re:   *Personal Communications Devices, LLC, et al. v. DLJ Investment Partners, L.P. et al.*,
      Case No. 2:13-mc-01096-SJF

Dear Counsel:

Enclosed is the Memorandum of Law of Plaintiff, The Official Committee of Unsecured Creditors on behalf of the estates of Personal Communications Devices, LLC and Personal Communications Devices Holdings, LLC, in opposition to the Motion to Withdraw Reference of Defendants, PineBridge Vantage Partners, L.P., PineBridge Co-Investment AIV Partners, L.P., Vantage Star Investment Corp., PineBridge PEP IV Co-Investment, L.P., PineBridge Plan Star Investment Corp., PineBridge PEP V Co-Investment, L.P., DLJ Partners, L.P., DLJ Investment Partners III, L.P., and IP III Plan Investors, L.P.

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DALLAS · DENVER · LOS ANGELES · MADISON · NEW YORK
PALO ALTO · PHOENIX · PORTLAND · SAN DIEGO · SAN FRANCISCO · SEATTLE · SHANGHAI · TAIPEI · WASHINGTON, D.C.

Perkins Coie LLP

Mark A. Salzberg, Esq.
Adam J. Goldberg, Esq.
January 27, 2014
Page 2

Very truly yours,

*[signature: Tina N. Moss]*

Tina N. Moss


cc: Clerk, United States District Court
    for the Eastern District of New York (w/o enclosure) (via ECF)
Marc D. Ashley, Esq.,
    Chadbourne & Parke LLP (w/enclosure) (via E-Mail and Federal Express)
Barry J. Reingold, Esq. (w/enclosure) (via E-Mail)
Schuyler G. Carroll, Esq. (w/enclosure) (via E-Mail)